NO. 30520

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GEORGE R. ARIYOSHI, as Trustee of the George R. Ariyoshi
Revocable Living Trust; et al., Plaintiffs-Appellants,

vs.

EQUINIX, INC., a Delaware corporation, et al.,
Defendants-Appellees.
(Civ. No. 08-1-1709)

---------------------------------------------------------------

RUBY KIMOTO, Plaintiff-Appellant,

vs.

EQUINIX, INC., a Delaware corporation, et al.,
Defendants-Appellees.
(Civ. No. 08-1-2115)

---

APPEAL FROM THE FIRST CIRCUIT COURT
(CIV. NOS. 08-1-1709 and 08-1-2115)

ORDER APPROVING STIPULATION AND REQUEST FOR DISMISSAL
(By: Recktenwald, C.J., Nakayama and Acoba, JJ.,
with Circuit Judge Alm, in place of Duffy, J. recused,
and Circuit Judge Toʻotoʻo, assigned due to vacancy)

The Stipulation and Request for Dismissal with

Prejudice of Appeal and All Claims and Parties filed by

Plaintiffs-Appellants on July 20, 2012, is hereby approved and the appeal is dismissed with prejudice.

DATED:  Honolulu, Hawaiʻi, August 8, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Steven S. Alm

/s/ Faʻauuga L. Toʻotoʻo

